UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. SAENZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>T. CAMPBELL, Warden,<br><br>　　　　　Respondent. | Case No.: 1:24-cv-00395-KES-SKO (HC)<br><br>ORDER DENYING PETITIONER'S REQUEST TO FILE SUR-REPLY<br><br>[Doc. 14] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  July 18, 2024, Petitioner filed a request to file a sur-reply to Respondent's reply. (Doc. 14.)

　　　　The Court issued Findings and Recommendation on July 17, 2024, (Doc. 13), and briefing on Respondent's motion to dismiss has concluded.  Therefore, Petitioner's request is DENIED.  Petitioner may present any arguments in objections to the Findings and Recommendation.

IT IS SO ORDERED.

Dated: **July 19, 2024**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1